

# Memorandum

| Subject | Date |
|---|---|
| UNSEALING | June 15, 2026 |
| U.S. v. ABRAHAM HERMOSILLO ALVAREZ 4:26MJ3081 | |

| To | From |
|---|---|
| CLERK, U.S. DISTRICT COURT DISTRICT OF NEBRASKA | Donald J. Kleine, AUSA |

Be advised that the above named Defendant(s) is/are now in custody. You may now unseal as follows, pursuant to Fed. R. Crim. P. 6(e)(4):

☐    Unseal the Indictment and any underlying Magistrate Judge case

☐    Unseal the Magistrate Judge case

☐    Unseal the Indictment but the underlying Complaint and Affidavit should remain

   **Restricted**

☒    Unseal the Magistrate Judge case but the underlying Complaint and Affidavit

   should remain **Restricted**