

# Amended Memorandum

| Subject | Date |
|---|---|
| 2nd AMENDED UNSEALING<br><br>U.S. v. ABRAHAM HERMOSILLO ALVAREZ<br>4:26MJ3081 | June 16, 2026 |

| To | From |
|---|---|
| CLERK, U.S. DISTRICT COURT DISTRICT OF NEBRASKA | Donald J. Kleine, AUSA |

Be advised that the above-named Defendant(s) is/are now in custody.   You may now unseal as follows, pursuant to Fed. R. Crim. P. 6(e)(4):

☐   Unseal the Indictment and any underlying Magistrate Judge case

☐   Unseal the Magistrate Judge case

☐   Unseal the Indictment but the underlying Complaint and Affidavit should remain

   **Restricted**

☒   Unseal the Magistrate Judge case but the underlying Complaint and Affidavit

      should remain **Restricted**