IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ENTRY OF APPEARANCE** |
| v. | ) | |
| | ) | |
| ABRAHAM HERMOSILLO ALVAREZ, | ) | |
| | ) | |
| | ) | |
| Defendant. | | |

Kelly M. Steenbock hereby enters her appearance as counsel on behalf of the Defendant in the above-captioned case.

Please direct all future pleadings and correspondence to the undersigned.

DATED this 17th day of June, 2026.

Respectfully submitted,

Abraham Hermosillo Alvarez, Defendant,

By /s/ Kelly M. Steenbock
    Kelly M. Steenbock
    Attorney for Defendant
    1620 Dodge St., Ste 600
    Omaha, NE 68102
    Telephone: (402) 221-7896
    Fax: (402) 221-7884
    E-Mail: Kelly_Steenbock@fd.org