IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

          Plaintiff,

    vs.

ABRAHAM HERMOSILLO ALVAREZ,

          Defendant.

**4:26MJ3081**


**ORDER**

IT IS ORDERED:

1)    The motion of Kelli M. Steenbock to withdraw as counsel of record for Defendant, (Filing No. 22), is granted.

2)    Defendant's newly retained counsel, Stuart J. Dornan, shall promptly notify Defendant of the entry of this order.

3)    The clerk shall delete Kelly M. Steenbock from any future ECF notifications herein.


Dated this 24th day of June, 2026.

BY THE COURT:

*s/ Jacqueline M. DeLuca*
United States Magistrate Judge