IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

ABRAHAM HERMOSILLO ALVAREZ,

Defendant.

**WITNESS LIST**

Case No.    4:26MJ3081
Deputy:     Nicki Wenzl
Reporter:   Digital Recorder
Date:       June 29, 2026

FOR PLAINTIFF:

| Name | Date |
|---|---|
| Seena Ali Soheilian | 6/29/2026 |
|  |  |

FOR DEFENDANT:

| Name | Date |
|---|---|
|  |  |
|  |  |